In the Matter of JACOB WIEGAN et al., Appellants, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents.

(Argued September 29, 1930; decided October 14, 1930.)

*I. Maurice Wormser* for appellants.

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly* and *Willard S. Allen* of counsel), for Board of Standards and Appeals, respondent.

*J. Philip Van Kirk* for William T. Browne et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.